No. 11–654.  NANTES ET AL. v. NEW LONDON COUNTY MUTUAL INSURANCE CO. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–661.  MAI-TRANG THI NGUYEN v. WORKERS' COMPENSATION APPEALS BOARD ET AL.  Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 11–664.  FULTON v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–666.  POLICASTRO v. TENAFLY BOARD OF EDUCATION ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–671.  SHIMSHI v. SELPH.  Ct. App. Ga.  Certiorari denied.

No. 11–675.  J. C. v. A. C. ET AL.  Super. Ct. Pa.  Certiorari denied.

No. 11–682.  GOECKS v. PEDLEY.  C. A. 7th Cir.  Certiorari denied.

No. 11–687.  CALLAHAN v. 515 DC, LLC, ET AL.  Ct. App. D. C.  Certiorari denied.

No. 11–688.  CROWLEY v. UNITED STATES ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 11–689.  LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES ET AL. v. FULMER.  Sup. Ct. La.  Certiorari denied.

No. 11–699.  LOWRY ET AL. v. NORTH CAROLINA.  Ct. App. N. C.  Certiorari denied.

No. 11–701.  GUSTAFSON v. ESTATE OF POITRA ET AL.  Sup. Ct. N. D.  Certiorari denied.

No. 11–703.  CROWLEY v. PINEBROOK, INC.  C. A. 4th Cir. Certiorari denied.